NO. 07-10-0294-CR

 

                                                   IN
THE COURT OF APPEALS

 

                                       FOR
THE SEVENTH DISTRICT OF TEXAS

 

                                                                 AT
AMARILLO

 

                                                                     PANEL
D

 

                                                               AUGUST
4, 2010

                                            ______________________________

 

 

                                                     JAMES
RICHARD DOWNS,

 

Appellant

 

                                                                             v.

 

                                                        THE STATE OF TEXAS,

 

Appellee

                                         _________________________________

 

                        FROM
THE 43rd DISTRICT COURT OF PARKER COUNTY;

 

                           NO.
CR09-0578; HON. DON CHRESTMAN, PRESIDING

                                           _______________________________

 

                                                          On
Motion to Dismiss

                                           _______________________________

 

Before QUINN, C.J., and CAMPBELL and
PIRTLE, JJ.

Appellant James Richard Downs, by and through his
attorney, has filed a motion to dismiss his appeal because he no longer desires
to prosecute it.  Without passing on the
merits of the case, we grant the motion to dismiss pursuant to Texas Rule of
Appellate Procedure 42.2(a) and
dismiss the appeal.  Having dismissed the
appeal at appellant=s request, no motion for rehearing
will be entertained, and our mandate will issue forthwith.

 

Do
not publish.                                                         Per
Curiam